[Nos. 27696-1-III; 28071-3-III.   Division Three.   May 11, 2010.]

SCOTT PATTERSON ET AL., *Appellants*, v. NORTHLAND
INVESTMENT, INC., ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Kittitas County, No. 07-2-00702-7, Scott R. Sparks, J., entered December 3, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28041-1-III.   Division Three.   May 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DYLAN TYLER
ANSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-02732-6, Tari S. Eitzen, J., entered April 21, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28361-5-III.   Division Three.   May 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARITESS IBANEZ
PALMER, Appellant.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00263-7, Allen Nielson, J., entered July 15, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28510-3-III.   Division Three.   May 11, 2010.]

JULIE YANG, *Appellant*, v. AIG SPECIALTY AUTO, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-02938-0, Salvatore F. Cozza, J., entered September 25, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.